OPINION — AG — ** CERTIFICATION — PEANUT COMMISSION ** REVENUES FROM ASSESSMENTS LEVIED BY 2 O.S. 1108 [2-1108], ON PEANUTS GROWN AND MARKETED IN OKLAHOMA, AND ACCRUING TO OKLAHOMA PEANUT COMMISSION REVOLVING FUND CREATED BY 2 O.S. 1109 [2-1109], MUST BE ESTIMATED AND CERTIFIED BY THE STATE BOARD OF EQUALIZATION IN ACCORDANCE WITH THE DUTIES OF THAT BOARD PRESCRIBED IN ARTICLE X, SECTION 23 (AGRICULTURE, PUBLIC FINANCE, TAX, ASSESSMENT) CITE: 2 O.S. 1033 [2-1033], 2 O.S. 1035 [2-1035], 2 O.S. 1030 [2-1030], 2 O.S. 1108 [2-1108], 2 O.S. 1109 [2-1109], 2 O.S. 1036 [2-1036], 62 O.S. 155 [62-155], ARTICLE X, SECTION 23 (FLOYD W. TAYLOR) ** SEE OPINION NO: 87-083 (1988)